UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

FELICIA LAMPKIN,

    Plaintiff,

v.

PATRICK R. DONAHOE, *Postmaster General, United States Postal Service*,

    Defendant.

Civil Action No. 14-5686 (MAS) (DEA)

**ORDER**

This matter comes before the Court on Defendant Patrick R. Donahoe's ("Defendant") Motion for Summary Judgment. (ECF No. 16.) Plaintiff Felicia Lampkin ("Plaintiff") opposed (ECF No. 18), and Defendant replied (ECF No. 19). The Court has carefully considered the parties' submissions and decides the matter without oral argument pursuant to Local Civil Rule 78.1. For the reasons set forth in the accompanying Memorandum Opinion, and other good cause shown,

IT IS on this 30th day of November 2016, **ORDERED** that:

1. Defendant's Motion for Summary Judgment ("Defendant's Motion") is **DENIED** as to Count One only with regard to Plaintiff's claim of Denial of Higher Pay.

2. Defendant's Motion is **GRANTED** as to Count One on all other claims.

3. Defendant's Motion is **GRANTED** as to Count Two.

4. Defendant's Motion is **DENIED** without prejudice as to Count Three.

                /s/ Michael A. Shipp
                **MICHAEL A. SHIPP**
                **UNITED STATES DISTRICT JUDGE**